IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA MCLALLEN d/b/a PHOENIX RESEARCH | ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 1:17-cv-00037-SPB |
| ABB, INC. | ) ) | |
| Defendant | ) | Electronically Filed |

### NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff LISA MCLALLEN d/b/a PHOENIX RESEARCH, by and through her counsel MacDonald, Illig, Jones & Britton, LLP, hereby gives notice of voluntary dismissal with prejudice against the sole Defendant ABB, INC.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: April 27, 2017

Respectfully submitted,

/s/ Nicholas R. Pagliari
Nicholas R. Pagliari
 PA Supreme Court ID No. 87877
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7754
FAX (814) 454-4647
npagliari@mijb.com

Attorneys for Plaintiff
   Lisa McLallen d/b/a Phoenix Research

#1525241